No. 84–1258. CHEMICAL BANK ET AL. *v.* PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY, WASHINGTON, ET AL. Sup. Ct. Wash. Motions of Salomon Brothers, Inc., et al., American Bankers Association et al., Public Securities Association, American Association of Retired Persons, and National WPPSS 4 and 5 Bondholders' Committee for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 84–1393. BOSTON FIREFIGHTERS UNION, LOCAL 718 *v.* BOSTON CHAPTER, N. A. A. C. P., INC., ET AL.; and
No. 84–1430. BOSTON POLICE PATROLMEN'S ASSN., INC. *v.* CASTRO ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 749 F. 2d 102.

No. 84–1400. DONOVAN *v.* MEROLA, DISTRICT ATTORNEY OF BRONX COUNTY, NEW YORK, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 84–1402. A. L. ADAMS CONSTRUCTION CO. *v.* GEORGIA POWER CO. C. A. 11th Cir. Motion of Georgia Branch, Associated General Contractors of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.